**PAUL L. CAMES**
CHAPTER 7 TRUSTEE
PO BOX 8499
WARNER ROBINS GA 31095

(478) 922-0922
FAX (478) 929-2568

JOEL M. BOOKS
Executive Assistant

KAREN A. RESLIE
Financial Administrator

September 20, 2010

US BANKRUPTCY COURT
PO Box 1957
Macon GA 31202

Re: RAY, EDDIE LEE, RAY, SHIRLEY B.
Chapter 7 Case No. 05-11972

Dear Clerk:

Enclosed please find a check in the amount of $2,578.92 for unclaimed funds in the above case. This sum consists of payments for Cross Country Bank claim numbers 7 and 7I, a $300.00 claim with $51.67 interest, and for Direct Merchants Bank claim numbers 9 and 9I, for a $1900.00 claim with $327.25 interest. These payments were returned as undeliverable and I have been unable to determine a valid address for either of these companies. Therefore, these funds are being turned over to you. If you have any questions or wish to discuss this, please call me at the above number.

Sincerely,

by: KAREN A. RESLIE
Assistant to Chapter 7 Trustee

Enclosure/kar